AB:RMS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GERALD DEROSSE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

(18 U.S.C. § 2113(a))

No. 23-MJ-383

EASTERN DISTRICT OF NEW YORK, SS:

      THOMAS FORD, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation duly appointed according to law and acting as such.

      On or about April 6, 2023, within the Eastern District of New York and elsewhere, the defendant GERALD DEROSSE did knowingly and intentionally take by force, violence and intimidation, from the person and presence of one or more employees of a bank, to wit: a branch of Ridgewood Savings Bank located at 65-01 Myrtle Avenue in Queens, New York, money belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

      (Title 18, United States Code, Section 2113(a))

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I have been a Special Agent with the Federal Bureau of Investigation for approximately five years. As a member of the Joint Bank Robbery/Violent Crime Task Force, I have participated in numerous investigations relating to bank robberies and similar crimes.

2. On or about April 6, 2023, at approximately 11:36 a.m., a man, later identified as the defendant GERALD DEROSSE, entered a branch of Ridgewood Savings Bank located at 65-01 Myrtle Avenue in Queens, New York (the "Bank"), wearing a white hooded sweatshirt with the word "Champion" across the chest.

3. On or about April 6, 2023, at approximately 11:37 a.m., DEROSSE grabbed an elderly bank customer around the neck and stated, in sum and substance, that he was going to "blow her fucking brains out" if the bank teller did not provide him with money. Screenshots from video surveillance appear below. The bank teller complied with DEROSSE's demand and gave DEROSSE approximately $205 in cash. DEROSSE then fled the Bank.

 

4. In connection with the investigation into this robbery, agents obtained surveillance video footage of the bank robber prior, during and after the robbery. For example, video surveillance shows DEROSSE walking in the vicinity of 72-21 Myrtle Avenue in Queens, New York, wearing a white hooded sweatshirt with the word "Champion" across the chest, approximately 25 minutes before he entered the Bank. A screenshot from that video surveillance appears below. The Bank is located approximately 0.7 miles from 72-21 Myrtle Avenue.



5. On or about April 21, 2023, the New York State Department of Corrections and Community Supervision parole officer assigned to supervise DEROSSE positively identified DEROSSE as the man in the image in the paragraph above. This parole officer has had in-person meetings with DEROSSE as recently as in or around March 2023.

4

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant GERALD DEROSSE so that he may be dealt with according to law.

*Thomas Ford*
THOMAS FORD
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me via telephone
or reliable electronic means on April 21, 2023

s/ James R. Cho
THE HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK